Eastern District of Kentucky
FILED

JUL 25 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                                              INDICTMENT NO. 6:24-cr-049-CHB

ANGIE COMBS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

Beginning in or about June 2023, the exact date unknown, and continuing through on or about January 5, 2024, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**ANGIE COMBS**

did conspire with others to knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about January 5, 2024, in Perry County, in the Eastern District of Kentucky,

**ANGIE COMBS**

did knowingly and intentionally possess with the intent to distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853

1. By virtue of the commission of the felony offenses alleged Counts 1 and 2 of the Indictment, **ANGIE COMBS** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 846 and 841. Any and all interest that **ANGIE COMBS** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following:

   **CURRENCY:**

   a. $1,008.00 in U.S. currency seized from Angie Combs on or about January 5, 2024; and
   b. $82,845.00 seized from the residence of Angie Combs on or about January 5, 2024, at 1683 Flat Gap Rd., Bonnyman, KY.

   **FIREARMS AND AMMUNITION:**

   a. a Taurus, 9mm caliber pistol, serial number AEB092566;
   b. a Taurus, .38 caliber revolver, serial number IP97459; and
   c. various ammunition and all associated accessories.

3. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

███████████████████████
FOREPERSON

*(signature)*
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

## PENALTIES

### COUNTS 1 and 2:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of all listed assets.