UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION- LONDON
CASE NO.:  6:24-CR-00049-CHB-HAI

UNITED STATES OF AMERICA,                                                    PLAINTIFF,

VS.

ANGIE COMBS,                                                                           DEFENDANT.

---

## MOTION FOR RELEASE PENDING SENTENCING

---

      Comes the Defendant, Angie Combs, by counsel, and moves the Court to release her pending her sentencing. As grounds for this motion, the Defendant states she is scheduled to be rearraigned on Thursday, May 22, 2025, where the plea agreement that has been entered into by her and the U.S. Attorney's Office will be entered. The Defendant has serious health issues and is requesting that she remain on bond until her sentencing. Defendant's medical records are filed under seal. Defendant has been out on bond during the pendency of this case and has been compliant with all conditions of her release.

      Wherefore, the Defendant requests an Order allowing her to remain on bond until her sentencing.

Respectfully Submitted,

**/s/Hon. Jennifer S. Nicholson**
Attorney at Law
635 Whitley Street
P.O. Box 2636
London, Kentucky 40743-2636
Telephone: (606) 877-6677
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of May 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will electronically forward a copy of the foregoing to all counsel of record.

**/s/Hon. Jennifer S. Nicholson**
**Counsel for Angie Combs**

Case: 6:24-cr-00049-CHB-HAI    Doc #: 28    Filed: 05/20/25    Page: 2 of 2 - Page ID#: 85