UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 6:24-CR-00049-CHB**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**V.**                              **MOTION TO AMEND JUDGMENT**

**ANGIE COMBS**                                                                                      **DEFENDANT**

\*     \*     \*     \*     \*

The United States hereby moves to amend the Judgment [DE 60] against the Defendant, pursuant to Federal Rules of Criminal Procedure 32.2(b)(4)(B) and 36, to include the forfeiture as described in the Agreed Amended Preliminary Order of Forfeiture [DE 48].

The Court entered the Agreed Amended Preliminary Order of Forfeiture [DE 48] on June 12, 2025, forfeiting currency, firearms, and ammunition. The stated purpose of the Agreed Amended Preliminary Order of Forfeiture was to correct an error in the description of a seized firearm in the Preliminary Judgment of Forfeiture [DE 41]. The Defendant was sentenced on October 7, 2025, and forfeiture was included in the Judgment but referenced the original incorrect Preliminary Judgment of Forfeiture. [*See* DE 60 at 7]. Nevertheless, the forfeiture became final as to the Defendant and part of his sentence, and the Judgment can be corrected pursuant to Rules 32.2(b)(4)(B) and 36.

WHEREFORE, the United States respectfully requests that the Court amend the Judgment to include the forfeiture of the property as listed in the Agreed Amended Preliminary Order of Forfeiture. A proposed order is tendered herewith.

Respectfully submitted,

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

By: /s/ John M. Spires
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507
Phone: (859) 233-2661
Fax: (859) 233-2658
E-mail: john.spires@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will notify all registered CM/ECF participants.

/s/ John M. Spires
Assistant U.S. Attorney